**Rev. David L. JOE, Appellant,**

v.

**WALGREENS CO./ILL; Walgreens Co./ ILL, District 311; Jason Frederick, in his official capacity; Mary Ann Hansen, in her official capacity; Kristine Rasby, in her official capacity; Frank Maxwell, in his official capacity, Appellees.**

No. 10–2656.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 7, 2011.

Filed: Feb. 18, 2011.

David L. Joe, Sioux Falls, SD, pro se.

Jon C. Sogn, Lynn & Jackson, Sioux Falls, SD, for Appellees.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

The Reverend David Joe appeals the district court's [1] adverse grant of summary judgment in his action asserting both state-law and federal law employment-discrimination claims. On de novo review, we conclude that dismissal of Joe's state-law claims was proper. *See Jansen v. Lemmon Fed. Credit Union,* 562 N.W.2d 122, 124 (S.D.1997). We also agree with the district court that Joe's federal claims are time-barred, and conclude that the facts of this case do not warrant equitable tolling. *See* 42 U.S.C. § 2000e–5(f)(1); 42 U.S.C.

1. The Honorable Roberto A. Lange, United States District Judge for the District of South

§ 12117(a). Accordingly, we affirm. *See* 8th Cir. R. 47B.